IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMROCK TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> REACT-NTI, LLC, <br><br> Defendant. | Court File No. 07-CV-3114 (JSR) ECF CASE <br><br> **CORPORATE DISCLOSURE STATEMENT OF REACT-NTI, LLC** |

In accordance with the provision of Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for React-NTI, LLC, a private non-governmental party, certifies that:

Defendant React-NTI, LLC is partially owned by its parent, Northern Technologies International Corporation, a publicly traded corporation that owns 75% of React-NTI, LLC. Northern Technologies International Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Date: April 18, 2007            **LAW OFFICES OF IRA DANIEL TOKAYER, ESQ.**

                                By  s/ Ira Tokayer
                                    Ira Daniel Tokayer            (#4734)

                                1333 Broadway, Suite 905
                                New York, New York 10018
                                Phone: (212) 695-5250
                                Facsimile: (212) 695-5450

                                *ATTORNEYS FOR DEFENDANT REACT-NTI, LLC*