UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

SHAMROCK TECHNOLOGIES, INC.          :   07 CV 3114
                                     :
                    Plaintiff,
                                     :
          -against-
                                     :
REACT-NTI,LLC,
                                     :
                    Defendant.
                                     :
----------------------------------x

                    AFFIRMATION OF SERVICE

          IRA DANIEL TOKAYER, ESQ., an attorney duly admitted to
practice law in the State of New York, under penalty of perjury,
affirms as follows:

          On April 18, 2007, I served the NOTICE OF REMOVAL in
the above-captioned case by causing a true copy thereof to be
delivered by hand to the following at the address set forth
below:

GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Avenue
New York NY 10022

Dated: New York, New York
       April 18, 2007


                              _____/s/_____
                              IRA DANIEL TOKAYER (4734)