```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

SHAMROCK TECHNOLOGIES, INC.        :    07 CV 3114 (JSR)

                Plaintiff,         :

      -against-                    :    NOTICE OF MOTION

REACT-NTI,LLC,                     :

                Defendant.         :
----------------------------------x
```

      PLEASE TAKE NOTICE that upon the annexed Affirmation of Edward M. Laine, Esq., dated May 2, 2007, and the exhibits attached thereto, and all the papers and proceedings had herein, the undersigned attorney for the defendant will move this Court at the Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), dismissing the complaint; and for such other and further relief as to this Court may seem just and proper. Pursuant to court direction, answering papers, if any, shall be served and filed no later than May 17, 2007; reply papers, if any, shall be served and filed no later than May 25, 2007, and oral argument is scheduled for June 1, 2007 at 2:00 p.m., or as soon thereafter as counsel can be heard.

Dated:  New York, New York
       May 3, 2007

                                                      _____/s/_____
                                                    IRA DANIEL TOKAYER, ESQ. (IT-4734)
                                                    Attorney for Defendant
                                                    42 West 38th Street, Suite 802
                                                    New York, New York 10018
                                                      (212) 695-5250

Motion Dismiss NOT.wpd