≪AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

Shamrock Technologies, Inc.

v.

React-NTI, LLC

Case Number: 07 CV 3114 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Shamrock Technologies, Inc.

I certify that I am admitted to practice in this court.

May 4, 2007
Date

*[Signature]*
Signature

Wm. Lee Kinnally, Jr.    WK-1066
Print Name    Bar Number

Gibney, Anthony & Flaherty, LLP, 665 Fifth Ave.
Address

New York, New York 10022-5305
City    State    Zip Code

(212) 705-9832    (212) 688-8315
Phone Number    Fax Number