**GIBNEY, ANTHONY & FLAHERTY, LLP**
Wm. Lee Kinnally, Jr. (WK-1066)
Attorneys for Plaintiff
665 Fifth Avenue
New York, NY 10022
(212) 688-5151
(212) 688-8315 – fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHAMROCK TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> REACT-NTI, LLC, <br><br> Defendant. | **RULE 7.1 STATEMENT** <br><br> 07 CV 3114 |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for plaintiff, certifies that the following are corporate parents, subsidiaries, and/or affiliates of such party which are publicly held:

NONE

Dated:    New York, New York
          May 29, 2007

**GIBNEY, ANTHONY & FLAHERTY, LLP**

By: _____
    Wm. Lee Kinnally, Jr. (WK-1066)
    Attorneys for Plaintiff
    665 Fifth Avenue
    New York, New York 10022
    (212) 688-5151
    (212) 688-8315 - fax
