```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SHAMROCK TECHNOLOGIES, INC.,         :
                                     :
            Plaintiff,               :     07 Civ. 3114 (JSR)
                                     :
      -v-                            :           ORDER
                                     :
REACT-NTI, LLC,                      :
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, June 1, 2007, this action is stayed in all respects, pending further action by the Court. The Clerk of the Court is directed to place this case on the Court's Suspense Calendar and to close document 5.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 1, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-07