**Gibney,
Anthony &
Flaherty, LLP**
Attorneys at Law

665 Fifth Avenue
New York, NY 10022-5305
212.688.5151
212.688.8315 fax
www.gibney.com

Wm. Lee Kinnally, Jr.
212.705.9832 direct
wlkinnally@gibney.com

September 4, 2007

Honorable Jed S. Rakoff
United States District Judge
United States District Court
500 Pearl Street
Room 1340
New York, New York 10007

Re: Shamrock Technologies, Inc. v. React–NTI, LLC
07 CV 3114

Dear Judge Rakoff:

This letter is being written jointly by counsel for the parties. When counsel appeared before Your Honor on June 1, 2007, you directed us to report by September 5 on the status of our efforts to resolve this dispute. Counsel and the parties met in Chicago on August 16 for a negotiating session. There was a full and frank discussion of the outstanding issues, but no resolution. In addition there has been a limited exchange of documents and information.

At this point, it does not appear that further negotiations will be fruitful and, under the License Agreement, the parties will now proceed to mediation.

Respectfully submitted,

Wm. Lee Kinnally, Jr.

cc: Ira Daniel Tokayer, Esq.
    Edward M. Laine, Esq.
    William B. Neuberg
    Joon S. Choo
    John J. Gallagher
    Frederick W. Anthony, Esq.

S:\Litigate\WPDOCS\shamrock\react\CL0275.DOC

ASSOCIATED OFFICES  Gros & Waltenspuhl  9, Rue Beauregard  CH-1204 Geneva, Switzerland  tel +41 22.311.3833
Gros & Waltenspuhl  Stockerstrasse 12  CH-8002 Zurich, Switzerland  tel +41 1.286.9090
Magrath & Co  52/54 Maddox Street  London W1S 1PA  United Kingdom  tel +44 207.495.3003