UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SHAMROCK TECHNOLOGIES, INC.,                    :

                 Plaintiff,             :          07 Civ. 3114 (JSR)

                 -v-                    :                ORDER

REACT-NTI, LLC,                                 :

                 Defendant.             :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

     The above-captioned case was added to the Suspense Calendar by Order dated June 1, 2007, so that the parties could pursue contractually required mediation.  The parties have now informed the Court that such mediation was not successful.  For that reason, the Clerk of the Court is hereby directed to restore this case to the Active Calendar.

     SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
       July 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08