UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHAMROCK TECHNOLOGIES, INC., | 07-CV-3114 (JSR) |
| Plaintiff, | |
| vs. | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| REACT-NTI, LLC, | |
| Defendant and Counterclaimant. | |

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ira Daniel Tokayer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Edward M. Laine (MN #59535)
Oppenheimer Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612.607.7000
Facsimile:  612.607.7100

Edward M. Laine is a member in good standing of the Bar of the State of Minnesota and of the United States District Court for the District of Minnesota.

There are no pending disciplinary proceedings against Edward M. Laine in any State or Federal court.

Dated: August 20, 2008

Respectfully submitted,

IRA DANIEL TOKAYER

By: _____
    Ira Daniel Tokayer (IT-4734)

42 West 38th Street
Suite 802
New York, New York 10018
Telephone: (212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMROCK TECHNOLOGIES, INC., | 07-CV-3114 (JSR) |
| Plaintiff, | |
| vs. | AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF EDWARD M. LAINE AS COUNSEL *PRO HAC VICE* |
| REACT-NTI, LLC, | |
| Defendant and Counterclaimant. | |

IRA DANIEL TOKAYER, being duly sworn, deposes and says:

1. I am counsel for Defendant in the above-captioned matter. I am familiar with the proceedings in this case. I make this affidavit of my personal knowledge of the facts set forth herein in support of Defendant's motion for an order pursuant to Local Civil Rule 1.3(c) admitting Edward M. Laine to practice *pro hac vice* in the above-entitled case and permitting Edward M. Laine to argue or try this particular case in whole or in part for Defendant REACT-NTI, LLC as counsel.

2. I am an attorney licensed to practice law in the State of New York and have been a member in good standing of the New York Bar since 1985. I am also admitted to practice law in the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have know Edward M. Laine since 2008.

4. Edward M. Laine is a partner attorney with the law firm of Oppenheimer Wolff & Donnelly, LLP, Plaza VII Building, Suite 3300, 45 South Seventh Street, Minneapolis, Minnesota 55402.

5. I have found Mr. Laine to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Edward M. Laine, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Edward M. Laine, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Edward M. Laine, *pro hac vice*, to represent Defendant REACT-NTI, LLC as counsel in the above captioned matter be granted.

_____
Ira Daniel Tokayer

Subscribed and sworn to before me
this 20 day of August, 2008.

_____
Notary Public

MICHAEL E. ZULLER
Notary Public, State of New York
No. 02ZU4698630
Qualified in Nassau County
Commission Expires Dec. 31, 20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMROCK TECHNOLOGIES, INC.,          07-CV-3114 (JSR)

    Plaintiff,

vs.                       **ORDER ADMITTING EDWARD M.
LAINE TO PRACTICE**
REACT-NTI, LLC,                **<u>PRO HAC VICE</u>**

    Defendant and
    Counterclaimant.

---

Upon Motion of Defendant REACT-NTI, LLC for an order admitting Edward M. Laine to practice *pro hac vice* in the above-entitled case; it is hereby

ORDERED, that the Motion of Defendant REACT-NTI, LLC for an order admitting Edward M. Laine to practice *pro hac vice* in the above-entitled case is granted, and the admitted attorney, Edward M. Laine, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant; and it is further

ORDERED, that the attorney hereby admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

This order confirms the appearance of Edward M. Laine as counsel in this case, and it will be entered on the Court's docket. A notation of his admission pro hac vice for the above-entitled case will be made on the roll of attorneys.

Dated: _____, 2008.

                                                                       Hon. Jed S. Rakoff
                                                                       United States District Court Judge

cc:     Edward M. Laine
         Court File



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

EDWARD M LAINE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on September 16, 1974

Given under my hand and seal of this court on July 30, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

AFFIRMATION OF SERVICE

IRA DANIEL TOKAYER, ESQ., an attorney duly admitted to practice law in the State of New York, under penalty of perjury, affirms as follows:

On August 21, 2008, I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Post Office, addressed to the following, at the address set forth below:

Wm. Lee Kinnaly, Jr
Gibney, Anthony and Flaherty, LLP
665 5th Avenue
New York, N.Y. 10022

Dated: New York, New York
       August 21, 2008

IRA DANIEL TOKAYER