UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMROCK TECHNOLOGIES, INC., | 07-CV-3114 (JSR) |
| Plaintiff, | |
| vs. | **ORDER ADMITTING EDWARD M. LAINE TO PRACTICE PRO HAC VICE** |
| REACT-NTI, LLC, | |
| Defendant and Counterclaimant. | |

Upon Motion of Defendant REACT-NTI, LLC for an order admitting Edward M. Laine to practice *pro hac vice* in the above-entitled case; it is hereby

ORDERED, that the Motion of Defendant REACT-NTI, LLC for an order admitting Edward M. Laine to practice *pro hac vice* in the above-entitled case is granted, and the admitted attorney, Edward M. Laine, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant; and it is further

ORDERED, that the attorney hereby admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```

This order confirms the appearance of Edward M. Laine as counsel in this case, and it will be entered on the Court's docket. A notation of his admission pro hac vice for the above-entitled case will be made on the roll of attorneys.

Dated: 8/28, 2008.

_____
Hon. Jed S. Rakoff
United States District Court Judge

cc:  Edward M. Laine
     Court File